

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-22-1996

# Pievsky v. Ridge

Precedential or Non-Precedential:

Docket 96-7206

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation
"Pievsky v. Ridge" (1996). *1996 Decisions.* Paper 49.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/49

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 96-7206


MAX PIEVSKY,
                    Appellant
            v.

THOMAS J. RIDGE, in his capacity as the
Governor of the Commonwealth of Pennsylvania


On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 96-cv-00116)


Argued July 17, 1996
BEFORE:  SLOVITER, Chief Judge, COWEN and ROTH
Circuit Judges


ORDER AMENDING SLIP OPINION


     IT IS HEREBY ORDERED that the slip opinion in the above
case, filed October 16, 1996, be amended as follows:
     On page 2, counsel for appellee should read as follows:
        Paul A. Tufano (argued)
         General Counsel
        Commonwealth of Pennsylvania
        Office of General Counsel
        225 Main Capitol Building
        Harrisburg, PA  17120


        Stephanie A. Middleton
        Gregory E. Dunlap
        Eric L. Settle
        Gregg R. Melinson
         Deputies General Counsel
        Office of General Counsel
        333 Market Street, 17th Floor
        Harrisburg, PA  17101

            COUNSEL FOR APPELLEE

/s/ Robert E. Cowen

                          United States Circuit Judge

Dated: October 22, 1996